UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case

USA v PERRY BLACK                                    08CR 52 -2

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Perry Black

**FILED**
JAN 2 2 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| SIGNATURE s/ | *signature* / HELEN J. KIM |
|---|---|
| FIRM | FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS | 55 E. MONROE, STE 2800 |
| CITY/STATE/ZIP | CHICAGO  IL  60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6243248 | TELEPHONE NUMBER (312) 621-8344 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |