Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 08 CR 52 - 2 | DATE | 3/14/2008 |
| CASE TITLE | USA vs. Perry D. Black | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 3/21/2008. Pretrial motions to be filed by or on 3/28/2008. Response to be filed by or on 4/4/2008. Reply to be filed by or on 4/11/2008. Ruling on motions set for 4/22/2008 at 9:45 a.m., before Judge Darrah. Helen J. Kim's appearance as appointed counsel from the Federal Defender Program for defendant is withdrawn. Jeffrey B. Fawell files his appearance as retained counsel for defendant.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | IS |
|---|---|---|