## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1,2 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera, Perry D. Black | | |

**DOCKET ENTRY TEXT**

Ruling on motions set for 4/22/08 at 9:45 a.m. is re-set to 4/22/08 at 9:30 a.m. for all defendants.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

Case 1:08-cr-00052   Document 27   Filed 04/21/2008   Page 1 of 1

08CR52 - 1,2 USA vs. Jesus M. Rivera, Perry D. Black                                                    Page 1 of 1