Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 2 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Perry D. Black | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held as to defendant Perry D. Black. Defendant withdraws his plea of not guilty and enters a plea of guilty to count two of the indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the probation office for a presentence report. Sentencing set for 10/7/08 at 1:00 p.m. Jury trial set for 6/24/08 is vacated.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | MF |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 19 AM 4:33
FILED-EDI