## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 2 | **DATE** | 8/22/2008 |
| **CASE TITLE** | USA vs. Perry D. Black | | |

**DOCKET ENTRY TEXT**

Sentencing set for 10/7/08 is re-set to 11/13/08 at 1:00 pm. for defendant Black.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|